UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ronny Flowers, special administrator for Lee Von Day, deceased,<br><br>    Plaintiff<br><br>v.<br><br>Centennial Hills Hospital Medical Center,<br><br>    Defendant | 2:17-cv-02343-JAD-VCF<br><br>Order Adopting Report and Recommendation and Dismissing Case<br><br>[ECF Nos. 1, 3] |

Pro se plaintiff Ronny Flowers, as special administrator for the deceased Lee Von Day, brings this personal injury claim and applies to proceed in forma pauperis. Magistrate Judge Ferenbach recommends that I dismiss this case for lack of subject matter jurisdiction and deny the pauper application as moot.[1]

The report and recommendation was entered September 15, 2017, making September 30, 2017, the deadline to file an objection. Flowers has not filed any objection to the report and recommendation. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation [ECF No. 3] is ACCEPTED and ADOPTED; Flowers's pauper application [ECF No. 1] is

---

[1] ECF No. 3.

[2] Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); see also Thomas v. Arn, 474 U.S. 140, 150 (1985); United States v. Reyn-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

DENIED as moot, and this case is DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.

DATED: October 11, 2017.

_____
Jennifer A. Dorsey
United States District Judge